PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>TOBI L. TYLER<br><br>        Defendant. | Case No. 5:22-po-00157-SAB<br><br>[Citations #E1037781 and E1037782 CA/71]<br><br>MOTION AND ORDER FOR DISMISSAL AND TO VACATE TRIAL DATE<br><br>TRIAL DATE: October 4, 2022 |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 5:22-po-00157-SAB [Citations #E1037781 and E1037782 CA/71] against TOBI L. TYLER, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The United States further moves to vacate the trial date of October 4, 2022, in the interest of justice.

DATED: September 28, 2022                    Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

                                     By:    /s/ *Jeffrey A. Spivak*
                                                  JEFFREY A. SPIVAK
                                                  Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:22-po-00157-SAB [Citations #E1037781 and E1037782 CA/71] against TOBI L. TYLER be dismissed, without prejudice, and that the trial date of October 4, 2022, be vacated, in the interest of justice.

IT IS SO ORDERED.

Dated:   **September 28, 2022**

UNITED STATES MAGISTRATE JUDGE